IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OSTON G. OSOTONU,

             Petitioner,               No. CIV S-07-1909 LKK GGH P

   vs.

ROBERT HERNANDEZ, et al.,

             Respondents.        ORDER

_____/

         Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has paid the filing fee.

         Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's application.

         In accordance with the above, IT IS HEREBY ORDERED that:

         1.  Respondents are directed to file a response to petitioner's application within thirty days from the date of this order.  <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases.  An answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application.  <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

/////

1

1              2.  Petitioner's reply, if any, shall be filed and served within thirty days of service

2  of an answer;

3              3.  If the response to petitioner's application is a motion, petitioner's opposition or

4  statement of non-opposition shall be filed and served within thirty days of service of the motion,

5  and respondents' reply, if any, shall be filed within fifteen days thereafter; and

6              4.  The Clerk of the Court shall serve a copy of this order together with a copy of

7  petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael

8  Patrick Farrell, Senior Assistant Attorney General.

9  DATED: 12/19/07

                                      /s/ Gregory G. Hollows

10                                _____

11                                UNITED STATES MAGISTRATE JUDGE

12

13  ost1909.100

14

15

16

17

18

19

20

21

22

23

24

25

26