IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OSTON G. OSOTONU,

                        Petitioner,

    v.

ROBERT HERNANDEZ, et al.,

                        Respondents.

CIV S-07-1909 LKK GGH P

**ORDER**

        GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until March 18, 2008, to file his answer or other pleading responsive to the application for writ of habeas corpus. Petitioner's reply, if any, shall be filed and served within thirty days of service of an answer. If the response to Petitioner's application is a motion, Petitioner's opposition or statement of non-opposition shall be filed and served within thirty days of service of the motion, and Respondent's reply, if any, shall be filed within fifteen days thereafter.

DATED: 01/31/07

                                          /s/ Gregory G. Hollows

                                          Gregory G. Hollows
                                          United States Magistrate Judge

ost1909.ord