IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OSTON G. OSOTONU,

    Petitioner,                    No. CIV S-07-1909 LKK GGH P

    vs.

ROBERT HERNANDEZ, et al.,

    Respondents.               <u>ORDER</u>

_____/

    Petitioner has requested an extension of time to file a response to the court's order to show cause of April 22, 2008. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's May 19, 2008 request for an extension of time (Docket #16) is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to respond to the court's order to show cause.

DATED: 05/28/08

                                      /s/ Gregory G. Hollows
                                      _____
                                      GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

GGH:ja
osot1909.111